UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

DOREL ANDERSON

                                    Plaintiff,

      v.

1926 ASSETS LLC AND FULTON SANDBOX LLC

                                Defendants.

---------------------------------------------------------------------------x

**Docket No. 1:23-cv-08633 (RER) (RML)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Dorel Anderson and counsel hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants.

Dated:  March 5, 2024
         New York, New York

**PARKER HANSKI LLC**

By: _/s/ Glen H. Parker_
    Glen Parker, Esq.
    Attorneys for Plaintiff
    40 Worth Street, Suite 602
    New York, New York 10013
    Tel  (212) 248-7400
    Fax (212) 248-5600
    ghp@parkerhanski.com