UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

DOREL ANDERSON

                                  Plaintiff,

      v.

1926 ASSETS LLC AND FULTON SANDBOX LLC

                                 Defendants.

-----------------------------------------------------------------------x

Docket No. 1:23-cv-08633 (RER) (RML)
ENDORSED ORDER
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Dorel Anderson and counsel hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants.

Dated: March 5, 2024
         New York, New York

**PARKER HANSKI LLC**

By: /s/ Glen H. Parker

Glen Parker, Esq.
Attorneys for Plaintiff
40 Worth Street, Suite 602
New York, New York 10013
Tel (212) 248-7400
Fax (212) 248-5600
ghp@parkerhanski.com

So Ordered: Date 3/6/2024
/s/ Ramón E. Reyes, Jr.
U.S. District Judge, E.D.N.Y.

The Court Clerk is respectfully directed to close the case.